NUMBER 13-03-643-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

JAMES GILBERT PEREZ, ET AL.,                                       Appellants,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________________

On appeal from the 130th District Court
of Matagorda County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellants, JAMES GILBERT PEREZ, ET AL., perfected an appeal from a
judgment entered by the 130th District Court of Matagorda County, Texas, in cause
number 02-E-0473-C. The clerk’s record was received on October 16, 2003. No
reporter’s record was filed. Appellants’ brief was due on November 17, 2003. To
date, no appellate brief has been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On December 10, 2003, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to file a proper appellate brief, this Court’s notice, and appellants’
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Opinion delivered and filed
this the 26th day of February, 2004